**FILED & ENTERED**

**SEP 27 2016**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** walter    **DEPUTY CLERK**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – <u>LOS ANGELES</u> DIVISION**

| | |
|---|---|
| In re:<br><br>Maria L Garcia<br><br><br><br>Debtor(s). | CASE NO.: 2:16-bk-21523-VZ<br>CHAPTER: 13<br><br>**ORDER RE MOTION TO EXTEND DEADLINE TO FILE CASE COMMENCEMENT DOCUMENTS**<br><br>*Motion is docket entry #9* |

On *September 13, 2016,* the debtor filed a Motion to extend time to file case commencement documents (Motion). Having reviewed the Motion IT IS ORDERED that:

☒ The Motion is GRANTED and the new deadline to file case commencement documents is *September 27, 2016.*

☐ The Motion is DENIED because (*check all reasons that apply*):

  ☐ The Motion does not contain an adequate explanation for why more time is needed to file the missing documents.
  ☐ The Motion is not supported by a declaration under penalty of perjury.
  ☐ The Motion was filed after deadline for filing missing document(s).
  ☐ There is no Proof of Service of the Motion on all creditors.
  ☐ Other:

☐ A hearing on the Motion is set for the following date, time and location:    **Date:**    **Time:**

  **Courtroom #**    **Address of courthouse**:

Date: September 27, 2016

*[signature]*
Vincent P. Zurzolo
United States Bankruptcy Judge